Argued and submitted December 20, 1983, reversed and remanded for new trial
January 11, 1984

STATE OF OREGON,
*Respondent,*

*v.*

LOREN DEE FULLER,
*Appellant.*

(82-879-M; CA A28897)

674 P2d 92

Richard D. Adams, Grants Pass, argued the cause for appellant. On the brief were Donald H. Coulter, and Myrick, Coulter, Seagraves, Myrick & Adams, Grants Pass.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In light of the newly-discovered evidence presented by defendant, the trial court abused its discretion (and therefore erred) in denying defendant's motion for a new trial.

Reversed and remanded for new trial.